1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDERSON P. THURSTON,

11          Petitioner,                    No. CIV S-08-2280-GGH P

12      vs.

13   JAMES YATES,

14          Respondent.                    ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18          Since petitioner may be entitled to the requested relief if the claimed violation of

19   constitutional rights is proved, respondent will be directed to file a response to petitioner's

20   application.

21          Petitioner has requested the appointment of counsel.  There currently exists no

22   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

23   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

24   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

25   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

26   served by the appointment of counsel at the present time.

1

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. Respondent is directed to file a response to petitioner's application within sixty

3 days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall

4 be accompanied by any and all transcripts or other documents relevant to the determination of the

5 issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

6       2. Petitioner's reply, if any, shall be filed and served within thirty days of service

7 of an answer;

8       3. If the response to petitioner's application is a motion, petitioner's opposition or

9 statement of non-opposition shall be filed and served within thirty days of service of the motion,

10 and respondent's reply, if any, shall be filed within fifteen days thereafter;

11       4. The Clerk of the Court shall serve a copy of this order, *the*

12 *consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court*

13 together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C.

14 § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General; and

15       5. Petitioner's September 29, 2008 request for appointment of counsel (Docket

16 #2) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

17 DATED:  10/27/08

                                 /s/ Gregory G. Hollows

18

                                 GREGORY G. HOLLOWS

19                                 UNITED STATES MAGISTRATE JUDGE

20 GGH:009/cm
thur2280.100fggh