IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDERSON P. THURSTON,** | Case No. CIV S-08-2280 GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer or a motion to dismiss be extended 60 days to and including April 25, 2009. Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within 30 days of service of respondent's motion.

Dated: February 17, 2009

/s/ Gregory G. Hollows

The Honorable Gregory G. Hollows

Thur2280.eot

1

[Proposed] Order (CIV S08-2280 GGH P)